*Banner Bank, Respondent, v. Elenbaas et al., Petitioners*, No. 93771-1. Petition for review of a decision of the Court of Appeals, No. 73100-9-I, August 22, 2016, 195 Wn. App. 1048. *Dismissed* March 8, 2017.

*State, Respondent, v. Ram, Petitioner*, No. 93773-7. Petition for review of a decision of the Court of Appeals, No. 73759-7-I, July 25, 2016, 195 Wn. App. 1015. *Denied* March 8, 2017.

*State, Petitioner, v. Phillip, Respondent*, No. 93794-0. Petition for review of a decision of the Court of Appeals, No. 72120-8-I, August 29, 2016, 195 Wn. App. 1051. Petitioner's petition for review *denied* and respondent's petition for review *denied* March 8, 2017.

*Payne, Petitioner, v. Ruegsegger et al., Respondents*, No. 93798-2. Petition for review of a decision of the Court of Appeals, No. 33537-2-III, June 14, 2016, 194 Wn. App. 1034. *Denied* March 8, 2017.

*State, Respondent, v. Schwiesow, Petitioner*, No. 93802-4. Petition for review of a decision of the Court of Appeals, No. 73624-8-I, October 10, 2016, 196 Wn. App. 1026. *Denied* March 8, 2017.

*State, Respondent, v. Kamb, Petitioner*, No. 93803-2. Petition for review of a decision of the Court of Appeals, No. 73149-1-I, October 3, 2016, 196 Wn. App. 1017. *Denied* March 8, 2017.

*State, Respondent, v. Curran, Petitioner*, No. 93811-3. Petition for review of a decision of the Court of Appeals, No. 73590-0-I, October 3, 2016, 196 Wn. App. 1018. *Denied* March 8, 2017.

*State, Respondent, v. Cole, Petitioner*, No. 93813-0. Petition for review of a decision of the Court of Appeals, No. 33575-5-III, October 18, 2016, 196 Wn. App. 1035. *Denied* March 8, 2017.